AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| RANDY N. BINDER,<br>　　　Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| | ) **JUDGMENT** |
| CAROLYN W. COLVIN,<br>*Acting Commissioner of Social Security*,<br>　　　Defendant. | ) **CASE NO. 5:12-CV-271-D**<br>)<br>) |

Decision by the Court:

　　**IT IS ORDERED AND ADJUDGED** that the Court adopts the conclusions in the Memorandum and Recommendations [D.E. 27]. Plaintiff's Motion for Judgment on the Pleadings [D.E. 22] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 24] is DENIED, and this action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

THE ABOVE JUDGMENT WAS ENTERED TODAY, **APRIL 18, 2013,** WITH A COPY TO:

Charlotte Williams Hall (via CM/ECF electronic notification)
Leo R. Montenegro (via CM/ECF electronic notification)

|   |   |
|---|---|
| | JULIE A. RICHARDS, Clerk |
| April 18, 2013 | |
| Date | Eastern District of North Carolina |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |